**STATE of Missouri, Respondent,**

v.

**Michael E. GENNETTEN, Appellant.**

**No. WD 52168.**

Missouri Court of Appeals,
Western District.

April 15, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Arthur Margulis, St. Louis, for appellant.

Jill LaHue, Attorney General Office, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Michael E. Gennetten appeals his second degree murder conviction. We affirm. Rule 30.25(b).